IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00829-WYD

EDDIE MOSES VIGIL, III,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    THIS MATTER comes before the Court upon review of the file.  On July 31, 2015, this matter was transferred to me from Judge Kane.  Pursuant to Judge Kane's order dated April 22, 2015, the Defendant filed a proposed Joint Case Management Plan on October 19, 2015.  (ECF No. 16).  According to the filing, the Defendant "made reasonable, good faith efforts to confer with Plaintiff, pro se, as to this matter by attempting to reach Plaintiff via telephone and email on October 19, 2015."  (ECF No. 16).  I find this isolated attempt to confer to be insufficient.  Accordingly, it is

    **ORDERED** that the parties shall meaningfully meet and confer and file a proposed Joint Case Management Plan not later than **Friday, October 30, 2015** or appropriate sanctions may be imposed.  The Clerk of the Court shall serve this order on the pro se Plaintiff at his address of record.

Dated: October 20, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE