IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00829-WYD

EDDIE VIGIL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 14, 2015, I issued an Order to Show Cause directing the Plaintiff on or before December 23, 2015, to show good and sufficient cause, if any, in writing why this action and Complaint should not be dismissed for failure to prosecute.  (ECF No. 23).   I further cautioned the Plaintiff that in the event that no such showing is made, this action shall be dismissed without prejudice for failure to prosecute without further notice to any party.

To date, Plaintiff has not responded in any fashion.  Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE.**

    Dated:  February 11, 2016

                                        BY THE COURT:

                                        */s/ Wiley Y. Daniel*
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE